UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS HARRIS, | 1:06-cv-01384-OWW-SMS PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10) |
| vs. | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
| BERNIE ELLIS, et al., | |
| Defendants. / | |

Plaintiff Otis Harris ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 2000cc-1, the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA").  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 17, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations, filed April 17, 2007, is ADOPTED IN FULL;

    2.  This action shall proceed on plaintiff's amended complaint, filed October 26, 2006, against defendants Ellis and Uzzle for violation of RLUIPA;

    3.  Plaintiff's First and Fourteenth Amendment claims are DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted; and,

    4.  Defendants Wrigley, Cooper, and Cornell are DISMISSED based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:   June 14, 2007**                    **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE