# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

OTIS HARRIS,                                    CASE NO. 1:06-cv-01384-OWW-SMS PC

                 Plaintiff,          ORDER GRANTING DEFENDANTS'
                                                MOTION FOR AN EXTENSION OF TIME TO
    v.                                          FILE AN ANSWER OR MOTION
                                                RESPONSIVE TO PLAINTIFF'S AMENDED
BERNIE ELLIS, et al.,                           COMPLAINT

              Defendants.         (Doc. 18)
_____/

      Plaintiff Otis Harris ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 2000cc-1, the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA").  On September 5,2007, defendants Ellis and Uzzle filed a motion seeking an extension of time to file an answer or a motion responsive to plaintiff's amended complaint.

      Defendants' motion for an extension of time is HEREBY GRANTED, and defendants shall file an answer or a responsive motion within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   October 5, 2007**               **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE

1