UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS HARRIS, | 1:06-cv-01384 OWW-SMS (PC) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS |
| vs. | |
| WARDEN B. ELLIS, et al., | |
| | (DOCUMENT #33) |
| Defendants. | (30) THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 10, 2007, plaintiff filed a motion to extend time to file Response to Defendant's Motion to Dismiss .  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file Response to Defendant's Motion to Dismiss.

IT IS SO ORDERED.


**Dated: January 11, 2008**                              **/s/ Sandra M. Snyder**
_____          UNITED STATES MAGISTRATE JUDGE