# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS HARRIS, | CASE NO. 1:06-cv-01384-OWW-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING DEFENDANTS' MOTION TO DISMISS (1) FOR FAILURE TO STATE A CLAIM WITH PREJUDICE AND (2) FOR FAILURE TO EXHAUST WITHOUT PREJUDICE |
| v. | |
| BERNIE ELLIS, et al., | |
| Defendants. | |
| | (Docs. 25 and 38) |
| _____/ | ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT WITHIN THIRTY DAYS |

Plaintiff Otis Harris ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 2000cc-1, the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 5, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On May 30, 2008, Plaintiff filed a notice that he does not have any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed May 5, 2008, is adopted in full;

2.      Defendants' motion to dismiss for failure to state a claim, filed November 27, 2007, is DENIED, with prejudice;

3.      Defendants' motion to dismiss for failure to exhaust, filed November 27, 2007, is DENIED, without prejudice; and

4.      Defendants shall file an answer to the amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE