# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS HARRIS, | ) No. CV 1-06-1384-FRZ |
| Plaintiff, | ) ORDER VACATING TELEPHONIC |
| | ) TRIAL CONFIRMATION HEARING |
| vs. | ) AND TRIAL DATE |
| BERNIE ELLIS, | ) |
| Defendant. | ) |

This matter is presently set for a Telephonic Trial Confirmation Hearing before the Court on Monday, June 14, 2010, at 10:00 a.m., and Trial on Tuesday July 13, 2010 at 9:00 a.m.

On June 10, 2010, Defendant filed Defendant's Motion for Judgment on the Pleadings.

A separate order providing Plaintiff with a notice to file a response shall issue.

Based on the foregoing,

IT IS ORDERED that the Telephonic Trial Confirmation Hearing and Trial dates are VACATED.

DATED this 11th day of June, 2010.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge