IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OTIS HARRIS, | ) | No. CV 1-06-1384-FRZ |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| BERNIE ELLIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 10, 2010, Defendant filed Defendant's Motion for Judgment on the Pleadings pursuant to Rules 12(c) and 12(h)(2) of the Federal Rules of Civil Procedure. Defendant also filed a separate Request for Judicial Notice of the Amended Complaint and Notice of Change of Address filed in this case in support thereof.

Pursuant to the Local Rules of the United States District Court, Eastern District of California, Plaintiff is required to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l). If Plaintiff fails to file an opposition or a statement of non-opposition to the motion, such may be deemed a waiver of any opposition to the granting of the motion and may result in the dismissal of this action, with prejudice. The opposition or statement of non-opposition must be filed not more than 21 days after the date of service of the motion to dismiss. Id. The Court, however, will grant Plaintiff leave to file an opposition or a statement of non-opposition 21 days from the filing date of this Order.

Also pending is Plaintiff's Motion for Appointment of Counsel Pursuant to 28 U.S.C. § 1915(d), filed February 19, 2010.

Counsel will only be appointed in a civil rights action in which there exists "exceptional circumstances." *Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004); *Terrell v. Brewer,* 935 F.3d 1015, 1017 (9th Cir. 1991); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). "A finding of the exceptional circumstances of the plaintiff seeking assistance requires at least an evaluation of the likelihood of the plaintiff's success on the merits and an evaluation of the plaintiff's ability to articulate his claims 'in light of the complexity of the legal issues involved.'" *Agyeman*, 390 F.3d at 1103 (*citing Wilborn*, 789 F.2d at 1331 (*quoting Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)).

The Court finds that Plaintiff has the ability to articulate his claims and does not find the required exceptional circumstances to appoint counsel. Accordingly, Plaintiff's renewed request for appointment of counsel will be denied.

Based on the foregoing,

IT IS ORDERED that Plaintiff shall file an opposition or a statement of non-opposition to Defendant's Motion to Dismiss on or before July 12, 2010;

IT IS FURTHER ORDERED that Plaintiff's Motion for Appointment of Counsel [Doc. #62] is DENIED.

DATED this 21st day of June, 2010.

FRANK R. ZAPATA
United States District Judge